## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## FOURTH DIVISION

| | |
|---|---|
| Don Wold, | Case No. 0:10-cv-00281-RHK-JJK |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| | **WITH PREJUDICE** |
| Redline Recovery Services, LLC, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ James Agosto*
     James Agosto (Bar No, 388438)
     1970 Oakcrest Avenue, Suite 210
     Roseville, MN 55113
     Tel:  866-339-1156
     Fax: 651-735-9285
     jxa@legalhelpers.com
     *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.

John H. Bedard, Jr.
Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd., Suite D
Duluth, Georgia 30097

*/s/ Richard J. Meier*